FRANK C. ROBEY, CLERK, v. CARL MANTELL

[No. 69, April Term, 1938.]

*Decided August 3rd, 1938.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Hilary W. Gans, Deputy Attorney General,* with whom was *Herbert R. O'Conor, Attorney General,* on the brief, for the appellant.

*Daniel Ellison* and *Ernest F. Fadum,* for the appellee.

BOND, C. J., delivered the opinion of the Court.